1 | Bruce D. Praet SBN 119430
  | FERGUSON, PRAET & SHERMAN
2 | A Professional Corporation
  | 1631 East 18th Street
3 | Santa Ana, California 92705
  | (714) 953-5300 telephone
4 | (714) 953-1143 facsimile
  | Bpraet@aol.com

6 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Nex Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually, <br><br> Plaintiffs, <br><br> MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity, COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally, <br><br> Defendants. | NO. CV11-03642 RMW(PSGx) <br><br> **[] ORDER re REQUEST TO EXTEND DEADLINE FOR PARTICIPATION IN SETTLEMENT CONFERENCE** |

///

///

///

1

1 It is so ORDERED:

2 The mediation settlement deadline of April 30, 2012, is extended to _____,

3 2012, to allow the parties to conduct further discovery and evaluate the testimony of key

4 witnesses and parties.

5 DATED: _____, 2012

6 _____
Hon. Ronald M. Whyte
7 United States District Court

2