MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs ROGELIO SERRATO,
JULIAN SERRATO AND ISRAEL SERRATO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually.<br><br>　　　　　Plaintiffs,<br>vs.<br><br>MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally.<br><br>　　　　　Defendants.<br>_____/<br>*Related with:*<br><br>RITA SERRATO, et al.,<br><br>vs.<br><br>MONTEREY COUNTY, et al.<br><br>(No. C-11-4106 RMW) | No: C11-03642 RMW (PSGx)<br><br>Hon. Ronald M. Whyte<br><br><br><br><br>**STIPULATION AND () ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

All parties, by and through their attorneys, hereby stipulate to and request that the Court continue the hearing on Plaintiffs' Motion for Partial Summary Judgment for one week, from February 15, 2013 to February 22, 2013, due to the fact that Michael Haddad and Julia Sherwin, lead counsel for Rogelio Serrato, Deceased, Julian Serrato, and Israel Serrato, will be out of state on the date currently set for hearing.

Further, at Defendants' request, all parties hereby stipulate to extend the briefing deadlines on Plaintiffs' Motion for Partial Summary Judgment by one week, consistent with the requested February 22 hearing date, so that Defendants' response in opposition to Plaintiffs' motion will be due on February 1, 2013, and Plaintiff's reply brief will be due on February 8, 2013.

Dated: January 22, 2013                    HADDAD & SHERWIN

                                           /s/ Gina Altomare
                                           _____
                                           GINA ALTOMARE
                                           Attorneys for Plaintiffs JULIAN SERRATO and
                                           ISRAEL SERRATO through their Next Friend,
                                           LISA MAGDALENO

Dated:  January 22, 2013                   THE LAW OFFICES OF JOHN L. BURRIS

                                           /s/ Benjamin Nisenbaum*
                                           _____
                                           BENJAMIN NISENBAUM
                                           Attorneys for Plaintiffs I.S. and D.B. through
                                           their Guardian Ad Litem EVELYN BELTRAN

Dated:  January 22, 2013                   FERGUSON, PRAET & SHERMAN

                                           /s/ Bruce D. Praet*
                                           _____
                                           BRUCE D. PRAET
                                           Attorneys for Defendants

* Mr. Nisenbaum and Mr. Praet provided their consent that this document be electronically filed.

**() ORDER**

Pursuant to the stipulation of all parties to this action, this Court hereby continues the hearing on Plaintiffs' Motion for Partial Summary Judgment to February 22, 2013, at 9:00 a.m. Further, this Court hereby adopts the above-stipulated briefing deadlines. Defendants' response in opposition to Plaintiffs' motion shall be filed no later than February 1, 2013, and Plaintiff's reply brief shall be filed no later than February 8, 2013.

IT IS SO ORDERED.

FEBJUBTH
DATED

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE
RONALD M. WHYTE

No: C11-03642 RMW:  STIPULATION AND ( ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

3