1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12    ROGELIO SERRATO, DECEASED,
      THROUGH HIS SUCCESSORS IN
13    INTEREST, JULIAN SERRATO and ISRAEL
      SERRATO, minors, by and through their
14    grandmother and Next Friend, LISA
      MAGDALENO; and JULIAN SERRATO
15    AND ISRAEL SERRATO, by and through
      their Next Friend, LISA MAGDALENO,
16    individually,

17

18                    Plaintiff,

19    v.

20    MONTEREY COUNTY, a public entity,
      SHERIFF SCOTT MILLER, individually and
21    in his official capacity; CAPTAIN CHARLES
      MONARQUE, individually and in his official
22    capacity; COMMANDER KEVIN OAKLEY,
      individually; SERGEANT GARRETT
23    SANDERS, individually; SERGEANT
      JOSEPH BANUELOS, individually;
24    SERGEANT RANDY RAGSAC, individually;
      DETECTIVE AL MARTINEZ, individually;
25    DEPUTY MARK SIEVERS, individually, and
      DOES 1-10, individually, jointly and severally,
26

27                    Defendant.

28

Case No. C-11-03642 RMW (PSGx)

**ORDER NOT ACCEPTING
STIPULATION TO AMEND CASE
MANAGEMENT ORDER**

[Re Docket No. 29]

ORDER
CASE NO. C-11-03642 RMW (PSGX)
SW

- 1 -

1

2         The parties' stipulation, Dkt. No. 29, to amend the case management order is not accepted

3   and the parties request to amend the case management order is denied without prejudice for

4   failure to show good cause.

5

6

7   Dated:  February 14, 2013         _____

                                      Ronald M. Whyte
8                                     United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
CASE NO. C-11-03642 RMW (PSGX)          - 2 -
SW