1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually, <br><br>  Plaintiff, <br><br> v. <br><br> MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally, <br><br>  Defendant. | Case No. C-11-03642 RMW (PSGx) <br><br> **ORDER NOT ACCEPTING STIPULATION TO AMEND CASE MANAGEMENT ORDER** <br><br> [Re Docket No. 29] |

ORDER
CASE NO. C-11-03642 RMW (PSGX)
SW

- 1 -

1
2   The parties' stipulation, Dkt. No. 29, to amend the case management order is not accepted
3   and the parties request to amend the case management order is denied without prejudice for
4   failure to show good cause.
5
6
7   Dated:  February 14, 2013
    _____
    Ronald M. Whyte
8   United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
CASE NO. C-11-03642 RMW (PSGX)     - 2 -
SW