UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually,

Plaintiff,

v.

MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally,

Defendant.

Case No. C-11-03642 RMW (PSGx)

**ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

[Re Docket No. 23, 32]

The parties' cross-motions for summary judgment are DENIED because the court finds that there are disputed issues of material fact.

As to defendants' cross-motion on the basis of qualified immunity, under the circumstances of this case, when all disputed issues of fact are resolved in plaintiffs' favor, the contours of the law pertaining to the use of excessive force are sufficiently clear such that a reasonable officer would have understood that his use of the flash-bang was an excessive use of force.

Dated: February 22, 2013

Ronald M. Whyte
United States District Court Judge