| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually, | Case No. C-11-03642 RMW (PSGx) **ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT** [Re Docket No. 23, 32] |
| | Plaintiff, | |
| | v. | |
| | MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally, | |
| | Defendant. | |

1
2    The parties' cross-motions for summary judgment are DENIED because the court finds
3 that there are disputed issues of material fact.
4    As to defendants' cross-motion on the basis of qualified immunity, under the
5 circumstances of this case, when all disputed issues of fact are resolved in plaintiffs' favor, the
6 contours of the law pertaining to the use of excessive force are sufficiently clear such that a
7 reasonable officer would have understood that his use of the flash-bang was an excessive use of
8 force.
9
10
11 Dated:  February 22, 2013           *Ronald M. Whyte*
                                       Ronald M. Whyte
12                                     United States District Court Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
CASE NO. C-11-03642 RMW (PSGX)          - 2 -
SW