MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs ROGELIO SERRATO,
JULIAN SERRATO AND ISRAEL SERRATO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually.<br><br>          Plaintiffs,<br>vs.<br><br>MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally.<br><br>          Defendants.<br>_____/<br>*Related with:*<br><br>RITA SERRATO, et al.,<br><br>vs.<br><br>MONTEREY COUNTY, et al.<br><br>(No. C-11-4106 RMW) | No: C11-03642 RMW (PSGx)<br><br>Hon. Ronald M. Whyte<br><br><br><br><br><br>**AMENDED STIPULATION AND () ORDER TO AMEND CASE MANAGEMENT ORDER** |

No: C11-03642 RMW: AMENDED STIPULATION AND () ORDER TO AMEND CASE MANAGEMENT ORDER                              1

1   All parties, by and through their attorneys, hereby stipulate to and request that the Court
2   order that the case management order shall be amended as follows:

| Deadline Description | Current Deadline/Date | Proposed Modified Deadline/Date |
|---|---|---|
| Disclosure of Expert Witnesses' Identities and Reports | January 25, 2013 | February 20, 2013 |
| Settlement Conference | | Any appropriate time |
| Completion of Expert Discovery | February 22, 2013 | June 7, 2013 |
| Pretrial Conference | April 4, 2013 | Lwn{"33."4235" |
| Trial | April 15, 2013 | July 22, 2013 |

The reasons for the requested amendment to the scheduling order are as follows:

The reasons for this requested continuance are fully set forth in the accompanying declarations of Michael J. Haddad and Ben Nisenbaum on behalf of each set of Plaintiffs.  In summary, counsel for both sets of Plaintiffs have other trials that conflict with the currently scheduled April 15, 2013 trial date in the present case.  These scheduling conflicts are critical, and will seriously impede counsel's ability to adequately prepare for and try this wrongful death case.  No party currently has any conflicts with the proposed July trial dates. *See, Declarations of Michael J. Haddad and Ben Nisenbaum*.

Additionally, now that all discovery except for expert depositions will be complete, and this Court will hear the parties' cross motions for summary judgment on February 22, 2013, this case is ripe for a settlement conference and/or private ADR.  Continuing the trial date in this case to the agreed dates in July would facilitate ADR, and would also allow the parties to do so before having to complete costly expert depositions.

No: C11-03642 RMW: AMENDED STIPULATION AND () ORDER TO AMEND CASE MANAGEMENT ORDER      2

1  The parties previously stipulated and requested that this Court extend the deadline for participation in a settlement conference, and the Court granted this request. Docket No. 20.

For the good cause set forth in the accompanying declarations of Michael J. Haddad and Ben Nisenbaum, the parties jointly request that this Court amend the case management order as set forth herein.

Dated:  February 19, 2013          HADDAD & SHERWIN

/s/ Michael J. Haddad
_____
MICHAEL J. HADDAD
Attorneys for Plaintiffs JULIAN SERRATO and
ISRAEL SERRATO through their Next Friend,
LISA MAGDALENO

Dated:  February 19, 2013          THE LAW OFFICES OF JOHN L. BURRIS

/s/ Benjamin Nisenbaum*
_____
BENJAMIN NISENBAUM
Attorneys for Plaintiffs I.S. and D.B. through
their Guardian Ad Litem EVELYN BELTRAN

Dated:  February 19, 2013          FERGUSON, PRAET & SHERMAN

/s/ Bruce D. Praet*
_____
BRUCE D. PRAET
Attorneys for Defendants

* Mr. Nisenbaum and Mr. Praet provided their consent that this document be electronically filed.

No: C11-03642 RMW: AMENDED STIPULATION AND () ORDER TO AMEND CASE MANAGEMENT ORDER          3

**ORDER**

Pursuant to the stipulation of all parties to this action and good cause appearing therefore, IT IS SO ORDERED.

*Ronald M. Whyte*

DATED

UNITED STATES DISTRICT JUDGE
RONALD M. WHYTE

No: C11-03642 RMW: AMENDED STIPULATION AND () ORDER TO AMEND CASE MANAGEMENT ORDER                      4