Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SERRATO, et al., | NO. C11-03642 RMW(PSGx) |
| Plaintiffs, | [PROPOSED] ORDER re STIPULATION FOR VERY BRIEF EXTENSION TO SUBMIT OPPOSING TRIAL DOCUMENTS |
| v. | |
| MONTEREY COUNTY, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is ordered that the filing date for all objections/oppositions otherwise due on July 2, 2013, is now July 8, 2013.

DATED: June 47.'2013

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge