1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   Bpraet@aol.com
5

6  Attorneys for Defendants

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  ROGELIO SERRATO, et al.,          )   NO. C11-03642 RMW(PSGx)
                                      )
13              Plaintiffs,           )   [PROPOSED] ORDER re
                                      )   STIPULATION FOR VERY
14  v.                                )   BRIEF EXTENSION TO
                                      )   SUBMIT OPPOSING TRIAL
15  MONTEREY COUNTY, et al.,          )   DOCUMENTS
                                      )
16              Defendants.           )
    _____    )
17

18

19       GOOD CAUSE APPEARING, it is ordered that the filing date for all

20  objections/oppositions otherwise due on July 2, 2013, is now July 8, 2013.

21  DATED: June 47,'2013

22                                    _____
                                      Hon. Ronald M. Whyte
23                                    United States District Judge

24

25

26

27

28