MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs ROGELIO SERRATO, DEC.
JULIAN SERRATO AND ISRAEL SERRATO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually.<br><br>  Plaintiffs,<br>vs.<br><br>MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally.<br><br>  Defendants.<br>_____<br>*Related with:*<br><br>RITA SERRATO, et al.,<br><br>vs.<br><br>MONTEREY COUNTY, et al.<br><br>(No. C-11-4106 RMW) | No: C11-03642 RMW (PSGx)<br><br>Hon. Ronald M. Whyte<br><br><br><br><br><br>**NOTICE OF SETTLEMENT, STIPULATION TO VACATE PRETRIAL AND TRIAL DATES, AND () ORDER**<br><br><br><br>**Pretrial Conf.: July 11, 2013**<br>**Trial: July 22, 2013** |

No: C11-03642 RMW:  NOTICE OF SETTLEMENT, STIPULATION TO VACATE PRETRIAL AND TRIAL DATES, AND () ORDER

1

1  PLEASE TAKE NOTICE, that the parties have reached a settlement agreement in these related matters. The parties, by and through their respective counsel of record, hereby request that the Court vacate the Pretrial Conference currently scheduled for July 11, 2013, the trial currently scheduled for July 22, 2013, and all other related pretrial deadlines in this matter. The parties further request that the Court allow Plaintiffs 90 days to file motions to approve the minor Plaintiffs' settlements.

Dated: June 25, 2013                    HADDAD & SHERWIN

                                        /s/ Michael J. Haddad*
                                        ————————————————
                                        MICHAEL J. HADDAD
                                        Attorneys for Plaintiffs ROGELIO SERRATO JR.,
                                        DECEASED, JULIAN SERRATO and ISRAEL
                                        SERRATO through their Next Friend,
                                        LISA MAGDALENO

Dated:  June 25, 2013                   THE LAW OFFICES OF JOHN L. BURRIS

                                        /s/ Benjamin Nisenbaum*
                                        ————————————————
                                        BENJAMIN NISENBAUM
                                        Attorneys for Plaintiffs I.S. and D.B. through
                                        their Guardian Ad Litem EVELYN BELTRAN

Dated:  June 25, 2013                   FERGUSON, PRAET & SHERMAN
                                        A Professional Corporation

                                        /s/ Peter Ferguson*
                                        ————————————————
                                        PETER FERGUSON
                                        Attorneys for Defendants

* Mr. Haddad, Mr. Nisenbaum, and Mr. Ferguson provided their consent that this document be electronically filed.

No: C11-03642 RMW:  NOTICE OF SETTLEMENT, STIPULATION TO VACATE PRETRIAL AND TRIAL DATES, AND () ORDER    2

1  **() ORDER**

2  Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS SO
3  ORDERED.  The Court hereby vacates the Pretrial Conference currently scheduled for July 11,
4  2013, the trial currently scheduled for July 22, 2013, and all other related pretrial deadlines in this
5  matter.  Plaintiffs shall file motions to approve the minor Plaintiffs' settlements d{"Ugrvgodgt"8.
6  4235"qt"crrgct"hqt"c"Ecug"Ocpcigogpv"Eqphgtgpeg"Tg<"Ugwngogpv"qp"Ugrvgodgt"42."4235"cv"
   32<52"c0o0"
7  "

14  Î⌐ï⌐H
15  _____
    DATED                                   UNITED STATES DISTRICT JUDGE
16                                          RONALD M. WHYTE

No: C11-03642 RMW:  NOTICE OF SETTLEMENT, STIPULATION TO VACATE PRETRIAL AND TRIAL DATES, AND   3
() ORDER