| | |
|---|---|
| 1 | MICHAEL J. HADDAD (State Bar No. 189114) |
| | JULIA SHERWIN  (State Bar No. 189268) |
| 2 | GINA ALTOMARE (State Bar No. 273099) |
| 3 | GENEVIEVE K. GUERTIN (State Bar No. 262479) |
| | HADDAD & SHERWIN |
| 4 | 505 Seventeenth Street |
| | Oakland, California  94612 |
| 5 | Telephone: (510) 452-5500 |
| | Facsimile:  (510) 452-5510 |
| 6 | |
| 7 | Attorneys for Plaintiffs ROGELIO SERRATO, |
| | JULIAN SERRATO AND ISRAEL SERRATO |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually. | ) ) ) ) ) ) ) ) ) ) ) | No: C11-03642 RMW (PSGx)  Hon. Ronald M. Whyte |
| 15 | Plaintiffs, | ) ) | **() ORDER GRANTING PLAINTIFFS ROGELIO SERRATO'S, JULIAN SERRATO'S, AND ISRAEL SERRATO'S UNOPPOSED MOTION TO APPROVE MINORS' COMPROMISE** |
| 16 | vs. | ) | |
| 17 | MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| 23 | Defendants. | ) ) | |
| 24 | _____/ | ) | |
| | *Related with:* | ) | |
| 25 | | ) | |
| 26 | RITA SERRATO, et al., | ) ) | |
| 27 | vs. | ) ) | |
| 28 | MONTEREY COUNTY, (No. C-11-4106 RMW) | ) ) | |

No: C11-03642 RMW:  () ORDER GRANTING UNOPPOSED MTN APPROVE MINOR'S COMP     1

1
2 **ORDER**

3       Plaintiffs' Unopposed Motion to Approve Minors' Compromise having come before
4 the Court, the Court having considered the Motion and all papers filed therewith, and good
5 cause appearing, Plaintiffs' Motion is GRANTED.  Defendants, their insurers and
6
7 assignees shall make the payments set forth in Exhibit D to the Declaration of Julia
8 Sherwin filed with the motion.

9
10 DATED: July __FJ__, 2013            UNITED STATES DISTRICT COURT
11
12
13 
14                                    Honorable Ronald M. Whyte
15
16
17
18
19
20
21
22
23
24
25
26
27
28